M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

*172082*

_JASON P DAVIS_                           )    2007 OCT 29  A 10: 21
Full name and prison name of              )
Plaintiff(s)                              )    DEBRA P. HACKETT, CLK
                                          )    U.S. DISTRICT COURT
v.                                        )    MIDDLE DISTRICT ALA.    CIVIL ACTION NO. 1:07-CV-970-WKW
                                          )    (To be supplied by Clerk of U.S. District
_LYNN DAVIS_                              )    Court)
_____                   )
_____                   )
_____                   )
_____                   )
_____                   )
Name of person(s) who violated your       )
constitutional rights. (List the names    )
of all the person.)                       )

I.     PREVIOUS LAWSUITS

       A.     Have you begun other lawsuits in state or federal court dealing with the same or
              similar facts involved in this action?  YES ☒  No ☐

       B.     Have you begun other lawsuits in state or federal court relating to your
              imprisonment?       YES ☒       NO ☐

       C.     If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
              is more than one lawsuit, describe the additional lawsuits on another piece of paper,
              using the same outline.)

              1.     Parties to this previous lawsuit:

                     Plaintiff (s) _JASON P DAVIS  172082_

                     Defendant(s) _LYNN DAVIS_

              2.     Court (if federal court, name the district; if state court, name the county)

                     _Northen Division_

3. Docket number _2:07-CV-815 MHT (WO)_

4. Name of judge to whom case was assigned _Charles S Coody_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _dismissed_

6. Approximate date of filing lawsuit _9-1207_

7. Approximate date of disposition _10-19-07_

II. PLACE OF PRESENT CONFINEMENT _Bullock Mental Health Corr. FAC_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Coffee County and Covington County_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                          ADDRESS

1. _Lynn Davis   331 Smith Ave Elba AL 36323_

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _12-01-06_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Lynn Daviss said there was not A HALF-way house that lasted 18 months_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

she Called probation offericer told him I was Crazy on 12-01-06 and need to be put away. She used her Correction offericer Job to push what she wanted Done.

GROUND TWO: she Lynn told me she had called the probation offericer.

SUPPORTING FACTS: probation offericer told me she Lynn he had talked to about a ebaluation

GROUND THREE: I was put in Assited Living for One Month. she Come told me probation offericer wanted to talk.

SUPPORTING FACTS: she Lynn brote me to probation offlice to talk and I was Arrested and Sent to Prison. and Sent to Bullock Mental Heath Prison. My Granny says She Lynn is scared ot me

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_Lynn should not be able to work state_
_County or City Correction Job and_
_should have to pay me for time in_
_prison._

_Jason Davis_ pro-SE
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _10-25-07_                 .
              (Date)

_Jason P Davis_ pro-SE
Signature of plaintiff(s)



Office of the Clerk
United States District Court
PO Box 711
Montgomery Alabama
36101-0711

Jason Davis 172082
H36B
PO Box 5107
Union Springs 36089