IN THE District Court OF THE UNITED STATES
For THE MIDDLE District of ALABama
SOUTHER DIVISION    2007 NOV 13 A 10: 05

RECEIVED

EBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jason Paul Davis
Plaintiff

-V-                          Civil Action NO. 1:07-cv-00970 WKW-CSC

LYNN Davis
Defendant

## Motion to Extend Payment

Do To Institional Personal work load
THE Plaintiff IN Said Case
Motions the Honorable Court
to Extend Initial Payment Time


Done THis THE 8 day of November 2007



MONTGOMERY AL 361

09 NOV 2007 PM 4 T

Office of the Clerk
United States District Court
PO Box 711
Montgomery AL
36101-0711

Jason Davis 172082
H-36B
PO Box 5107
Union Springs 36089

36101+0711