IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON PAUL DAVIS, #172082, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-970-WKW |
| | ) |
| LYNN DAVIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on November 13, 2007 (Court Doc. No. 4), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from November 19, 2007 to and including December 4, 2007 to the initial partial filing fee.

Done this 14th day of November, 2007.

　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE