IN THE DISTRICT Court of the UNITED STATES
For THE MIDDLE DISTRICT of Alabama
SOUTHERN DIVISION

JASON P DAVIS 172082
Plaintiff
-v-
LYNN DAVIS
Defendant

Civil Action NO. 1:07-CV-970-WKW

## MOTION to Proceed Pro-SE

The PlainTiff in Said CASE is Incarcerated
And Can not Afford A ATToney
Plaintiff Motions The Honorable Court
To Allow him to Proceed "PRO-SE"

Done This 21 day of November 2007

Jason Davis

JASON P DAVIS
H-3 6B
PO Box 5107
Union Springs 36089



MONTGOMERY AL 361
26 NOV 2007 PM 4 T

OFFice of the CLerk
United STATES District Court
PO Box 711
Montgomery AL 36101-0711