```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001267
Cashier ID: cstrecke
Transaction Date: 11/27/2007
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
  For: JASON DAVIS
  Case/Party: D-ALM-1-07-CV-000970-001
  Amount:         $18.80
------------------------------------
CHECK
  Remitter: BULLOCK COUNTY CORRECTIONAL FA
  Check/Money Order Num: 22056
  Amt Tendered:   $18.80
------------------------------------
Total Due:      $18.80
Total Tendered: $18.80
Change Amt:     $0.00
```

DALM107CV000970-001

BULLOCK CO CORRECTIONAL FAC

FOR JASON DAVIS AIS 172082

P O BOX 5107

UNION SPRINGS, AL  36089