IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON PAUL DAVIS, #172082, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-970-WKW |
| LYNN DAVIS, | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon review of the complaint, and for good cause, it is

ORDERED that on or before December 12, 2007 the plaintiff shall file an amendment to his complaint which:

1. Advises the court of his relationship to the named defendant.

2. Specifically describes how the defendant violated his constitutional rights.

In responding to this order, the plaintiff is advised that he should set forth short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 28th day of November, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE