IN THE District Court of the United States
For the Middle District of Alabama
Southern Division

2008 JAN 25 A 9:53

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jason Paul Davis 172082
Plaintiff
-v-
LYNN DAVIS
Defendant

Civil Action NO-1:07-CV-970-WKW
(WO)

## Objections to dismissal of Case

I Jason Davis object to dismissal of Case on the grounds that <u>Lynn Davis</u> violted the <u>tort law</u>, and the <u>Americans with Disabilities Act</u>.

the Case Action Summary, Letter from Probation and Parole office and Mental Health Service record and Hospital Doctors report will Prove.

On 11-7-06 my Probation was Modified and I was to go too A HALF-way house Lynn Davis was to find A HALFway house Lynn Davis told me she had Called Probation officer. On 12-1-06 My Probation was revoked Before I left the County Jail

it was said for A Mental evaluation the Mental Health Service record will Show I was never toke to the Mental Health

On 9-18-07 I spoke with the Probation officer he said he had me evuluated for Lynn Davis.

While my stay in County Jail I caught Staph infection and had to be operataded On my leg.

Now I am in Mental Health Prison

Done this day 22 of January 2008

Respectfully Submitted

Jason Davis 172082

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2001 000290.70
OPER: ROP                      CASE ACT  N SUMMARY
PAGE:   2                      CIRCUIT    RIMINAL             RUN DATE: 04/11/2007
===============================================================================
IN THE CIRCUIT COURT OF COVINGTON                             JUDGE: MAM

STATE  OF  ALABAMA                 VS    DAVIS JASON PAUL
                                         331 SMITH AVE
CASE: CC 2001 000290.70
                                         ELBA, AL  36323 0000

DOB: 04/10/1974       SEX: M  RACE: W  HT: 6 00  WT: 155  HR: BRO  EYES: HZL
SSN: 421253783    ALIAS NAMES:
===============================================================================
   TRANS DATE    ACTIONS, JUDGEMENTS, AND NOTES                            OPE
===============================================================================
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 10/04/2006 | WITNESS SUBPOENA ISSUED TO W003 STEPHANI KEETON | PAH |
| 10/11/2006 | SERVICE OF SERVED PERSON    ON 10062006 FOR W002 (A | ANC |
| 10/11/2006 | SERVICE OF SERVED PERSON    ON 10052006 FOR W001 (A | ANC |
| 10/18/2006 | SERVICE OF SERVED PERSON    ON 10102006 FOR W003 (A | ANC |
| 11/07/2006 | ORDER; DEFENDANT'S PROBATION IS MODIFIED | PAH |
| 11/30/2006 | LETTER FROM DEFENDANT - ORDER; DEFT IS TO | PAH |
| 11/30/2006 | ADDRESS THIS PROBLEM TO HIS ATTORNEY | PAH |
| 12/01/2006 | JUROR FELONY FLAG SET ON FOR INDIVIDUAL      (AR10) | PAH |
| 12/01/2006 | CHARGE 01 DISPOSED BY: PROB/SANCT ON: 11/07/2006 | PAH |
| 12/01/2006 | DISPOSITION JUDGE ID CHANGED FROM:    TO: MAM | PAH |
| 12/01/2006 | CHARGE 01: PROBATION REV/#CNTS: 001          (AR10) | PAH |
| 12/01/2006 | ENFORCEMENT STATUS SET TO: "T"               (AR10) | PAH |
| 12/01/2006 | ORDER; S.O. TRANSPORT DEFT TO DEPT OF MENTAL | ROP |
| 12/01/2006 | HEALTH FOR EVALUATION TO BE CONDUCTED | ROP |
| 12/01/2006 | EXECUTED: 12-4-06 | ROP |
| 01/19/2007 | MEMO FROM PROBATION AND PAROLE | ROP |
| 01/19/2007 | ORDER; THE ABOVE ACTION IS APPROVED AND THE CLERK | ROP |
| 01/19/2007 | OF COURT SHALL THEREFORE FORWARD AN APPROPRIATE | ROP |
| 01/19/2007 | TRANSCRIPT OF RECORD TO THE ALABAMA DEPARTMENT OF | ROP |
| 01/19/2007 | CORRECTIONS | ROP |
| 04/04/2007 | CASE ACTION SUMMARY PRINTED                  (AR08) | ROP |
| 04/11/2007 | CASE ACTION SUMMARY PRINTED                  (AR08) | ROP |

 

# STATE OF ALABAMA
# BOARD OF PARDONS AND PAROLES
## PROBATION AND PAROLE OFFICE
Room 203
Covington County Court House
Andalusia, AL  36420

November 7, 2006

JASON PAUL DAVIS
COVINGTON COUNTY JAIL

Dear Mr. Davis,

The Court has ordered that you enter a Transaction Center (half-way house) and stay there for eighteen months.  You are to remain in the Covington County Jail, until you gain entry.  This means that you have been reinstated on probation and are once again under my supervision.

You are required to submit a Monthly Report form, each month, until you complete the eighteen months.  I am enclosing several Monthly Report Forms for you to use.  While You are in the Covington County Jail, fill one out, place it in an envelope, and mark on the front, "Bill Law, Probation Office, Hand Mail".  One of the Corrections Officers will insure that it gets to me.  While in the transaction Center, mail one to me, the address is in the upper left hand section of the form.

Upon arrival at the Transaction Center, you will sign a waiver form to allow the Center to keep me advised of your monthly progress.  Once you complete the eighteen months, you will report immediately into my office.

If you have any questions, please contact me, otherwise, I wish you every success in your rehabilitation.

Sincerely,

William H. Law
Parole and Probation Supervisor

CC: The File
Encl. Forms

```
ANDALUSIA REGIONAL HOSPITAL              Date of Service: 06/09/07
P.O. BOX 760                             Patient Name: DAVIS,JASON PAUL
ANDALUSIA,AL 36420                       Attending Physician: GACSA
                                         MR#: D000046295    ACCT#: D00101808028
                                         DOB:               ROOM#: D.209
                                         SS#:
```

OPERATIVE REPORT

DATE OF PROCEDURE: 06/10/2007

PREOPERATIVE DIAGNOSIS
Right anterior thigh cellulitis with abscess.

POSTOPERATIVE DIAGNOSIS
Right anterior thigh cellulitis with abscess and probable infected hematoma.

PROCEDURE
1  Incision and drainage, abscess/hematoma.
2  Debridement of skin and subcutaneous tissue.

ANESTHESIA
IV sedation plus local.

BLOOD LOSS
10 cc.

SPECIMENS
None.

INDICATIONS
A 33-year-old gentleman with the history as noted above. Plan now is for surgical treatment.

SURGEON
Ashton Wells, MD.

DESCRIPTION OF PROCEDURE
The patient was taken to the operating suite and IV sedation begun. Anterior thigh was prepped and draped in sterile fashion. I used a combination of 1% lidocaine with epinephrine and 0.5% Marcaine for local anesthesia. I noted a previous small stab incision where this abscess has been partially drained in the ER. I created a transverse incision through this and delivered large amounts of old blood and purulent material. This appeared to be most consistent with an infected hematoma. I retracted laterally and superiorly as well as inferiorly and medially through the subcutaneous tissue as much as a subcutaneous hematoma might have to not penetrate the fascia. I sparingly debrided subcutaneous tissue surrounding the wound. I paced the wound loosely with a wet-to-dry dressing. The patient tolerated the procedure well.

_____
Ashton Wells, MD
106846 / 37596 /

Page 1 of 2

# Service Record

Name: Davis, Jason P.    Case Number: 51375
Admission date: 9-22-06 (date will not change during this admission)    Date of Intake: 9-29-06
Treatment/Training-Service Plan Update (last)_____    Pay Status: SMI/SED: ✓
IDP_____ Start date_____ End date_____    FS: 065-040 045
PAP_____ Ins_____ Medicaid_____    Scale I/II: $_____ visit/hour

**CONSUMER IS COURT COMMITTED TO MI**    Start Date:_____    End Date:_____

Administrative Reviews:

| Date | initials | Date | initials | Date | Initials | Date | initials |
|------|----------|------|----------|------|----------|------|----------|

| Date | Corres In/Out | Service | Service Time | Program | Staff Initial | Section | Remarks |
|------|---------------|---------|--------------|---------|---------------|---------|---------|
| 9-22-06 | | Crisis | 1:30 | AOP | HHM | VIII | 9-29-06 |
| 9-29-06 | | Intake | 1:30 | AOP | SW | VIII | Resch 10/13/06 2:00 |
| 10-2-06 | | Phys | :15 | AOP | OS | VIII | Rec. prn c dr. |
| 10/13/06 10/20/06 | Not filled | Ind TPR | 1:00 :15 | AOP OP | SW SW | | Resch 11-3-06 (Plan approved) |
| 10-20-06 | | Staffed | | | SB | | |
| 11-3-06 | | Resch | | AOP | CW | | Resch 11/10/06 |
| 11-10-06 | | Ind | 1:00 | AOP | WM | VIII | 12-8-06 |
| 12-3-06 12-3-06 12-8-06 | in | AIOP AIOP IND | — 1:00 | ASA OP OP | SW JC WM | 8 8 VIII | Ph. appt Phone Contact RESCH 1-5 @ 2:00 |
| 12-18-06 | — | AIOP | — | SN | JC | 8 | Failed Appt |
| 1-4-07 | Bill | TPR | :15 | | CMH | | |
| 1-8-07 | | FA1 | | AOP | CW | V | HR |
| 1-19-07 | | FA2 | | AOP | WM | V | TPR |
| 11-24-07 | | CORR KORR | | AOP AOP | WM | V | Received CORR Consumer Mailed Release + HIPPA Requirements |
| 11-30-07 | | CORR | | AOP | CW | 1 | Received Release Consent Mailed Service Record Consumer |

**DO NOT WRITE BELOW THIS LINE**

Revised 6/05

Jason DuBois 172082
PO Box 5707
Union Springs
36089

USA 41

Office of the Clec
United States District Cou
PO Box 711
Montgomery AL
36101