IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON PAUL DAVIS, #172082, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-970-WKW |
| | ) | |
| LYNN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon review of the objection filed by the plaintiff on January 25, 2008 (Court Doc. No. 11), and for good cause, it is

ORDERED that the RECOMMENDATION entered on January 16, 2008 (Court Doc. No. 10) be and is hereby WITHDRAWN. It is further

ORDERED that on or before February 12, 2008 the plaintiff shall file an amendment to his complaint which:

1. Advises the court of his relationship to the named defendant.

2. Specifically describes how the defendant violated his constitutional rights.

3. Identifies the capacity in which the defendant acted when she undertook the actions about which he complains.

In responding to this order, the plaintiff is advised that he should set forth short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the

Magistrate Judge will recommend that this case be dismissed.

    Done this 28th day of January, 2008.


          /s/ Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE