IN THE District Court of the United States
For the Middle District of Alabama
Southern Division

RECEIVED
2008 FEB 11 A 9:49
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jason P Davis 172082
    Plaintiff
         -V-                Civil Action NO. 1:07-CV-970-WKW
LYNN DAVIS
    Defendant

_____Amendment_____

LYNN DAVIS the Defendant in said Case is the Plaintiffs Step Mother.

Done this 7th day of February

Respectfully Submitted

Jason Davis

IN THE District Court of the United States
For the Middle District of Alabama
Southern Division

Jason P Davis 172082,
   Plaintiff

   -V-            Civil Action NO. 1:07-CV-970-WKW

LYNN DAVIS
   Defendant

## Capacity which defendant Acted

Defendants Son stole From Plaintiffs Father Plaintiffs Father would not Help Defendants Son with Anything and did not Like him. So Defendant does not Like the Plaintiff. She was Mad when Asked to Find A transAction Center For Plaintiff, So Defendant Lied about Plaintiffs Mental state to Probation officer.

Done this 7th day of February

                Respectfully Submitted

                Jason Davis

IN the District Court of the United States
For the Middle District of Alabama
Southern Division

Jason Davis 172082
    Plaintiff
    -v-
Lynn Davis
    Defendant

Civil Action No. 1:07-CV-970-WKW

## Constitutional Violations

1. Defendant in Said Case Violated the Plaintiffs Fourteenth Amendment depriving him of Life, Liberty or Property.

2. Defendant in Said Case Violated the Plaintiffs rights. On the Americans with Disabilities Act. By discriminating Against Plaintiff Because his disability.

Done this 7th day of February

Respectfully Submitted

Jason Davis

IN the District Court of the United States
For the Middle District of Alabama
Southern Division

Jason Davis 172082
  Plaintiff
    -V-                    Civil Action NO. 1:07-CV-970-WKW
Lynn Davis
  Defendant

## Entitlement to Relief

Lynn Davis Violated Jason Davis Constitutional Rights Subjecting the Plaintiff to Common Prison dangers, etc Rape, Assult, and diseace.

Lynn Davis Violated Jason Davis Constitutional rights and as a result Plaintiff had to undergo a Operation and Painful weeks of recovery.

Lynn Davis Violated Jason Davis Constitutional rights with intent to be evil.

Done this 7th day of February

                      Respectfully Submitted, Jason Davis

Jason Davis 172082
PO Box 5107
Union Springs
36089

Office of the Clerk
United States District Court
PO Box 711
Montgomery AL
36101

USA 41