IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON PAUL DAVIS, #172082, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv970-WKW |
| | ) (WO) |
| LYNN DAVIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is now before the court on the recommendation of the United States Magistrate Judge entered on February 26, 2008, (Doc. # 14), that this case be dismissed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. It is ORDERED:

1. The Recommendation of the Magistrate Judge (Doc. # 14) is ADOPTED;

2. Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's claims arising under the Americans with Disabilities Act are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

4. To the extent that the plaintiff seeks to proceed against the defendant under state law, his state law claims are DISMISSED without prejudice;

5. This case is hereby DISMISSED with prejudice prior to service of process.

An appropriate judgment will be entered.

Done this 18th day of March, 2008.

                                                /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE